Robert C. Weems (CA SBN 148156)
WEEMS LAW OFFICES
526 3rd St., Ste. A-2
San Rafael, CA 94901
Ph: 415.881.7653
Fx: 866.610.1430
 *rcweems@weemslawoffices.com*

Attorneys for Plaintiff,
 JAMES RICHARD DECKER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RICHARD DECKER,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:20-cv-00871-CKD<br><br>STIPULATION AND ORDER MODIFYING SCHEDULING ORDER |

The parties, by and through counsel of record, agree that good cause exists to modify or clarify the April 6, 2021, scheduling order [ECF No. 16] as the parties have been meeting, conferring and investigating the completeness of the administrative record, which process is ongoing and that neither party is seeking to modify the scheduling order for purposes of improper delay.

Subject to the approval and any further orders of the Court, the parties stipulate to amend the deadlines under the scheduling order, as follow:

- Plaintiff shall serve and file a motion for summary judgment or for remand by May 24, 2021;
- Defendant shall serve and file any opposition or counter motion by June 28, 2021; and
- Plaintiff may serve and file a reply by July 12, 2021.

///

SO STIPULATED AND AGREED, April 15, 2021:

For Plaintiff:

WEEMS LAW OFFICES

For Defendant:

PHIL TALBERT
   Acting United States Attorney
EDWARD A. OLSEN
   Assistant United States Attorney
DEBORAH LEE STACHEL
   Regional Chief Counsel, Region IX
   Social Security Administration
MARCELO ILLARMO (MABN 670079)
   Sp. Assistant United States Attorney

*/s/Robert C. Weems*
Robert C. Weems,
Attorney for Plaintiff

By: */s/ Marcelo Illarmo*
Marcelo Illarmo,
Special Assistant United States Attorney
and Attorney for the Defendant

**IT IS SO ORDERED.**

Dated: April 19, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE